# ASSIGNMENT OF MORTGAGE

KNOW ALL BY THESE PRESENTS THAT **New Century Mortgage Corporation**, for valuable consideration paid, the receipt whereof is hereby acknowledged, does hereby sell, assign, transfer and set over, **U.S. Bank National Association, 10790 Rancho Bernardo Road, San Diego, CA 92127**, its successors and assigns, the said mortgage described hereinafter recorded in the Cumberland County Registry of Deeds, and the notes, debts and claims secured thereby and all its right, title and interest by virtue of said mortgage in and to the real estate therein described, with full power to collect and discharge the same or to dispose of the same in the name of the Assignor herein.

| | |
|---|---|
| Borrower: | Scott R. Verrill |
| Original Holder: | New Century Mortgage Corporation |
| Date: | January 26, 2006 |
| Amount: | 450,000 |
| Book: | 23656 |
| Page: | 317 |

Dated:

**New Century Mortgage Corporation**

By: _____
Name: Steve Nagy
Title: V.P. Records Management

STATE OF California
COUNTY OF Orange

Personally appeared before me this 19 day of October, 2007, the above-named Steve Nagy, Vice President on behalf of **New Century Mortgage Corporation** and acknowledged the foregoing to be his/her free act and deed in said capacity.

ANDRES ROJAS
Commission # 1523525
Notary Public - California
Orange County
My Comm. Expires Oct 31, 2008

Type/Print Name: Andres Rojas
Notary Public
My Commission Expires: 10-31-2008

07-6780/
PROPERTY ADDRESS: 60 Range Road, Cumberland, ME 04021
assign

EXHIBIT D