Doc#: 11037 Bk:32969 Pg: 283

Recording Requested By:
RICHMOND MONROE GROUP

When Recorded Return To:

RICHMOND MONROE GROUP
PO BOX 458
KIMBERLING CITY, MO 65686

Received
Recorded Register of Deeds
Mar 11,2016 09:44:51A
Cumberland County
Nancy A. Lane

## CONFIRMATORY
## CORPORATE ASSIGNMENT OF MORTGAGE

Cumberland, Maine  REFERENCE #:  "VERRILL"
INVESTOR #: CK3
Assignment Prepared on: January 29th, 2016.

Assignor: NEW CENTURY MORTGAGE CORPORATION BY SELECT PORTFOLIO SERVICING, INC., ITS ATTORNEY IN FACT at c/o SELECT PORTFOLIO SERVICING, INC., 3217 S. DECKER LAKE DRIVE, SALT LAKE CITY, UT 84119.
Assignee: U.S. BANK N.A., AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE J.P. MORGAN MORTGAGE ACQUISITION TRUST 2006-NC1 ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-NC1 at C/O SELECT PORTFOLIO SERVICING, INC. 3217 S. DECKER LAKE DRIVE, SALT LAKE CITY, UT 84119.

Executed By: SCOTT R VERRILL  To: NEW CENTURY MORTGAGE CORPORATION
Date of Mortgage: 01/26/2006 Recorded: 02/08/2006 in Book/Reel/Liber: 23656 Page/Folio: 317 as Instrument No.: 8078 In Cumberland County, State of Maine.

Property Address: 60 RANGE ROAD, CUMBERLAND, ME 04021

Legal: ******CONFIRMATORY ASSIGNMENT BEING RECORDED TO CONFIRM AND CORRECT ASSIGNEE ON THE ASSIGNMENT PREVIOUSLY RECORDED ON 11/16/2007 AS INSTRUMENT #70940 IN BOOK 25623 AND PAGE 81.******

KNOW ALL MEN BY THESE PRESENTS that in consideration of the sum of TEN and NO/100ths DOLLARS and other good and valuable consideration, paid to the above named Assignor, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $450,000.00 with interest, secured thereby, together with all moneys now owing or that may hereafter become due or owing in respect thereof, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's interest under the Mortgage.

TO HAVE AND TO HOLD the said Mortgage, and also the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.

NEW CENTURY MORTGAGE CORPORATION BY SELECT PORTFOLIO SERVICING, INC., ITS ATTORNEY IN FACT
On  FEB 2 5 2016

By: _____
BARBARA NEALE, DOCUMENT CONTROL OFFICER

STATE OF UTAH
COUNTY OF SALT LAKE

On FEB 2 5 2016, before me, N Benincosa, a Notary Public in and for SALT LAKE in the State of UTAH, personally appeared BARBARA NEALE, DOCUMENT CONTROL OFFICER, NEW CENTURY MORTGAGE CORPORATION BY SELECT PORTFOLIO SERVICING, INC., ITS ATTORNEY IN FACT, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

Notary Expires: 9/13/2018

BILL KOCH

N BENINCOSA
Notary Public State of Utah
My Commission Expires on:
September 13, 2018
Comm. Number: 678879

(This area for notarial seal)


EXHIBIT E