**Recording Requested By:**
Richmond Monroe Group

**When Recorded Mail To:**
Jeff Prose
Richmond Monroe Group
82 Jim Linegar Ln
Branson West, MO, 65737
(417) 447-2931

TS Ref #:

RRR

## CORPORATE ASSIGNMENT OF MORTGAGE

ME/CUMBERLAND

Assignment Prepared on: December 19, 2019

**Assignor:** U.S. BANK NATIONAL ASSOCIATION , at 60 LIVINGSTON AVENUE, EP-MN-WS3D, ST. PAUL, MN, 55107

**Assignee:** U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE J.P. MORGAN MORTGAGE ACQUISITION TRUST 2006-NC1 ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-NC1, at C/O SELECT PORTFOLIO SERVICING, INC., 3217 S. DECKER LAKE DRIVE, SALT LAKE CITY, UT, 84119

For value received, the Assignor does hereby grant, sell, assign, transfer and convey, unto the above-named Assignee all interest under that certain Mortgage Dated: 1/26/2006, in the amount of  $450,000.00, executed by SCOTT R VERRILL to NEW CENTURY MORTGAGE CORPORATION and Recorded: 2/8/2006, Instrument #: 8078, Book: 23656, Page: 317 in CUMBERLAND County, State of MAINE.

Property Address: 60 RANGE ROAD, CUMBERLAND, ME, 04021

TO HAVE AND TO HOLD, the same unto Assignee, its successors and assigns, forever, subject only to the terms and conditions of the above-described Mortgage.

U.S. BANK NATIONAL ASSOCIATION

On: 12/20/19
By: *Michael Wang*
Name: Michael Wang
Title: Vice President

STATE OF Minnesota
COUNTY OF Ramsey

On 12/20/2019 , before me, Kristi Redman Clapp, a Notary Public in and for Ramsey County the State of Minnesota , personally appeared Michael Wang , Vice President , U.S. BANK NATIONAL ASSOCIATION , personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,
*Kristi Redman Clapp*
Kristi Redman Clapp
Notary Expires: 1-31-2021  / #:

KRISTI N REDMAN CLAPP
Notary Public
State of Minnesota
My Commission Expires
January 31, 2021

ME/CUMBERLAND

**EXHIBIT F**