UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| U.S. Bank N.A., as Trustee, on Behalf of the Holders of the J.P. Morgan Mortgage Acquisition Trust 2006-NC1 Asset Backed Pass-Through Certificates, Series 2006-NC1 | CIVIL ACTION NO: 2:22-cv-00009-JDL |
|---|---|
| Plaintiff | LOCAL RULE 7.1 CORPORATE DISCLOSURE |
| vs. | RE:<br>60 Range Road, Cumberland, ME 04021 |
| Scott R. Verrill | Mortgage:<br>January 26, 2006<br>Book 23656, Page 317 |
| Defendant<br>Lincoln Capital, LLC a Maine Limited Liability Company | |
| Party-In-Interest | |

**PLAINTIFF'S FEDERAL RULE OF CIVIL PROCEDURE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for Plaintiff submits the following Certificate of Interested Persons and Corporate Disclosure Statement.

**I. Corporate Disclosure**

Plaintiff, U.S. Bank N.A., as Trustee, on Behalf of the Holders of the J.P. Morgan Mortgage Acquisition Trust 2006-NC1 Asset Backed Pass-Through Certificates, Series 2006-NC1

**II. Interested Persons**

The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action including subsidiaries,

conglomerates, affiliates, parent corporations, public-traded companies that own 10% or more of a

party's stock and any other identifiable entities related to any party in this case are as follows:

      Doonan, Graves & Longoria, LLC - Counsel for Plaintiff
      U.S. Bank N.A., as Trustee, on Behalf of the Holders of the J.P. Morgan Mortgage
      Acquisition Trust 2006-NC1 Asset Backed Pass-Through Certificates, Series 2006-NC1 -
      Plaintiff
      Scott R. Verrill - Defendant
      Lincoln Capital, LLC - Party-in-Interest
      Lincoln Capital, LLC - Party-in-Interest


Dated: January 18, 2022
      /s/Reneau J. Longoria, Esq.
      Reneau J. Longoria, Esq., Bar No. 5746
      Attorneys for Plaintiff
      Doonan, Graves & Longoria, LLC
      100 Cummings Center, Suite 303C
      Beverly, MA 01915
      (978) 921-2670
      RJL@dgandl.com

# CERTIFICATE OF SERVICE

      I, Reneau J Longoria, Esq. hereby certify that on January 18, 2022, I served a copy of the above document by electronic notification using the CM/ECF system and/or First Class Mail to the following:

/s/Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
RJL@dgandl.com

Scott R. Verrill
60 Range Road
Cumberland, ME 04021-0000

Lincoln Capital, LLC
c/o Steven W. Rand 55 Stroudwater Street
Westbrook, ME 04092