AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:22-cv-00009-JDL

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* SCOTT VERRILL
was received by me on *(date)* 1-18-22.

☒ I personally served the summons on the individual at *(place)* 60 HARRIS RD
CUMBERLAND, ME on *(date)* 1-22-2022; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00   42.4)

I declare under penalty of perjury that this information is true.

Date: 1-27-2022

_____
Server's signature

DEPUTY SHERIFF J.M. VIGIR
Printed name and title

36 EDWARD WY PORTLAND, ME
Server's address

Additional information regarding attempted service, etc:

[Print] [Save As...]  [Reset]